No. 24-1904

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

---

AMY WINDISH,

        *Plaintiff-Appellant,*

v.

3M COMPANY,

        *Defendant-Appellee.*

On Appeal from the United States District Court
For The Eastern District of Pennsylvania
No. 2-23-cv-01531
Judge Wendy Beetlestone, United States District Judge

---

**ADDENDUM TO BRIEF OF APPELLANT**

---

        Robert E. Barnes, SBN: 235919
        Lexis Anderson, SBN: 24127016
        BARNES LAW
        700 South Flower Street, Suite 1000
        Los Angeles, California 90017
        Telephone: (310) 510-6211
        Email: robertbarnes@barneslawllp.com

        *Attorneys for Appellant Amy Windish*

# STATEMENT OF RELATED CASES AND PROCEEDINGS

Appellant is unaware of any related cases or proceedings.

Dated August 30, 2024                      Respectfully submitted,

                                                /s/ Robert E. Barnes
                                                Robert E. Barnes, Esq.
                                                CA. Bar ID #: 235919
                                                Lexis Anderson, Esq.
                                                TX Bar ID #: 24127016
                                                Barnes Law, LLP
                                                700 S. Flower Street, Suite 1000
                                                Los Angeles, CA 90017
                                                Telephone: (310) 510-6211
                                                Fax: (310) 510-6225
                                                Email: robertbarnes@barneslawllp.com
                                                Email: lexisanderson@barneslawllp.com

                                                *Counsel for Appellant Amy Ms. Windish*

# **CERTIFICATION**

I, the undersigned, hereby certify the following:

1. I am a member of the Bar of the United States Court of Appeals for the Third Circuit.

2. This addendum complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 361 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

3. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type requirements of Fed. R. App. P. Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman. The text of the electronic and paper versions of the foregoing brief are identical.

4. A virus check was performed on this brief, and none was indicated.

5. On August 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered users.

Dated August 30, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Robert E. Barnes*
　　　　　　　　　　　　　　　　　　Robert E. Barnes, Esq.
　　　　　　　　　　　　　　　　　　CA. Bar ID #: 235919

Barnes Law, LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (310) 510-6211
Fax: (310) 510-6225
Email: robertbarnes@barneslawllp.co

*Attorney for Appellant Amy Windish*